IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-cr-00036-RPM-03

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HAROLD DOMINGUEZ,

    Defendant.

---

## ORDER VACATING SUPERVISED RELEASE VIOLATION HEARING AND CONTINUING SUPERVISED RELEASE

---

THIS MATTER was before the Court on March 28, 2008, due to alleged violations of supervised release. On that date, the defendant admitted to the violations alleged after September 13, 2007, in the Probation Officer's petition. The Court finds that the defendant has violated the terms and conditions of supervision. Accordingly, it is

ORDERED that the defendant shall be reinstated on supervised release and that all previously imposed conditions of supervision remain in full force and effect. It is

FURTHER ORDERED that the supervised release violation hearing scheduled for August 1, 2008, at 11:00 a.m., be VACATED.

DATED at Denver, Colorado, this 30 day of July, 2008.

BY THE COURT:

/s/ Richard P. Matsch
Richard P. Matsch
Senior United States District Judge